UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Case No. | 2:20-cv-10028-WDK-JC | Date | April 1, 2021 |
|---|---|---|---|
| Title | G & G Closed Circuit Events, LLC v. Aurora Lopez et al | | |

| Present | The Honorable William D. Keller, United States District Judge |
|---|---|

| Patricia Gomez | None |
|---|---|
| Courtroom Deputy | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**           **(In Chambers) ORDER TO SHOW CAUSE**

In light of the Default by Clerk entered March 3, 2021, the Court, on its own motion, **ORDERS plaintiff** to show cause in writing no later than **April 15, 2021** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff, the Court will consider the filing of a **Motion for Entry of Default Judgment (Fed. R. Civ. P. 55(b) as to Aurora Lopez, individually and d/b/a Mariscos Mi Lindo Sinaloa 3, and Mariscos Mi Lindo Sinaloa, Inc. An unknown business entity d/b/a Mariscos Mi Lindo Sinaloa 3** on or before that date.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. If necessary, plaintiff must also pursue Rule 55 remedies promptly upon the default of any defendant.

No oral argument on this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff is due. *Plaintiff's counsel is ordered to serve this minute order on all defendants with 48 hours.*

**IT IS SO ORDERED**.

:

Initials of Preparer         PG